206 So.2d 714

**DEPOSIT GUARANTY NATIONAL BANK**

**v.**

**William Carl SHIPP and Succession of Carl Shipp, Jr., Mrs. Louise Stevens Shipp, Executrix.**

**No. 49080.**

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted, limited to Assignment of Error No. 3 (material alteration) and Assignment of Error No. 4 (as to award of interest and attorney fees). In all other respects, on the facts found by the Court of Appeal, the application is denied.

BARHAM, J., recused.